# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN J. HOLME & DEBORAH D. HOLME  Case Number: 04-73872
6505 WANDER WAY   SSN-xxx-xx-6938 & xxx-xx-4541
CARY, IL  60013

Case filed on: 8/3/2004
Plan Confirmed on: 12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $56,231.16     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY STEVEN J BRODY | 2,523.80 | 2,523.80 | 2,523.80 | 0.00 |
|  | Total Legal | 2,523.80 | 2,523.80 | 2,523.80 | 0.00 |
| 999 | STEVEN J. HOLME | 0.00 | 0.00 | 875.20 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 875.20 | 0.00 |
| 001 | WELLS FARGO BANK N.A. | 57,770.71 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 57,770.71 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICOLLECT INC | 67.10 | 67.10 | 67.10 | 0.00 |
| 004 | ARROW FINANCIAL | 332.38 | 332.38 | 332.38 | 0.00 |
| 005 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 622.64 | 622.64 | 622.64 | 0.00 |
| 007 | NCM TRST | 17,352.62 | 17,352.62 | 17,352.62 | 0.00 |
| 008 | CHASE MANHATTAN BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 10,325.16 | 10,325.16 | 10,325.16 | 0.00 |
| 010 | FIRST USA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GE CAPITAL / AMERICAN TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MBNA AMERICA BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PALLISADES COLLECTION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PROVIDIAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PROVIDIAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | TEK-COLLECT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | WAL-MART / MBGA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | UNIFUND CCR PARTNERS | 11,968.08 | 11,968.08 | 11,968.08 | 0.00 |
| 022 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | COLLINS FINANCIAL SERVICE | 8,526.43 | 8,526.43 | 8,526.43 | 0.00 |
|  | Total Unsecured | 49,194.41 | 49,194.41 | 49,194.41 | 0.00 |
|  | Grand Total: | 109,488.92 | 51,718.21 | 52,593.41 | 0.00 |

Total Paid Claimant: $52,593.41
Trustee Allowance: $3,637.75
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  01/29/2008          By   /s/Heather M. Fagan